UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIK ALKE,

        Petitioner,                                    <u>JUDGMENT</u>

    - against -                                      12-CV-5977 (RRM)

DAVE ARTUS,

        Respondent.
-----------------------------------------------------------X

      A Memorandum and Order having been filed this day, denying the petition for a writ of habeas corpus without prejudice, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that petitioner take nothing of respondent; and that the petition for a writ of habeas corpus is denied without prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
       September 1, 2013

                                                                   *Roslynn R. Mauskopf*
                                                                   _____
                                                                   ROSLYNN R. MAUSKOPF
                                                                   United States District Judge